AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| **CHANEL, INC., a New York corporation**<br>*Plaintiff(s)*<br><br>v.<br><br>**THE GOOD FASTENER LLC, a California Limited Liability Company; CHERI LIU, a California individual; and JUSTIN OH, a California individual**<br>*Defendant(s)* | Civil Action No. 2:23-cv-6264 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**The Good Fastener LLC**  
**a California limited liability company**  
**645 West 9th Street, Unit 110-114**  
**Los Angeles, Ca  90015**

**Justin Oh**  
**645 West 9th Street, Unit 110-114**  
**Los Angeles, Ca  90015**

**Cheri Liu**  
**645 West 9th Street, Unit 110-114**  
**Los Angeles, Ca  90015**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**JILL M. PIETRINI (email:  jpietrini@sheppardmullin.com)**  
**PAUL A. BOST (email:  pbost@sheppardmullin.com)**  
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**  
**1901 Avenue of the Stars, Suite 1600**  
**Los Angeles, California 90067-6055**  
**Telephone:  310.228.3700 / Facsimile:  310.228.3701**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

SMRH:4866-2944-0628.1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

-2-